**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pinkhas and Isabella Brik, husband and wife, and on behalf of Igor Brik, a protected adult,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County; Betty Adams; Joseph and Ava Arpaio; City of Phoenix; Jack and Connie Harris; Shawn and Jane Doe Henry; and Craig and Jane Doe Scott,<br><br>Defendants. | No. CV-09-1758-PHX-DGC<br><br>**ORDER** |

After the removal of this action (Dkt. #1), Plaintiffs filed a first amended complaint (Dkt. #10). Defendant Maricopa County filed an answer and motion to dismiss. Dkt. ##13, 14. Plaintiffs then sought leave to file a second amended complaint in order to address the issues raised by the motion to dismiss. Dkt. #18. The Court granted the motion to amend as unopposed. Dkt. #24. Because a second amended complaint has been filed (Dkt. #26), the Court will deny as moot the County's motion to dismiss the first amended complaint.

**IT IS ORDERED** that Maricopa County's motion to dismiss the first amended complaint (Dkt. ##13, 14) is **denied** as moot.

DATED this 8th day of December, 2009.

_____
David G. Campbell
United States District Judge