1  Robin E. Burgess/Bar No. 015330
   **SANDERS & PARKS, P.C.**
2  1300 SCF Tower
   3030 North Third Street
3  Phoenix, AZ  85012-3099

4  Robin E. Burgess
     Direct Phone:  (602) 532-5783
5    Direct Fax:  (602) 230-5048
     E-Mail: Robin.Burgess@SandersParks.com
6
   Attorneys for Maricopa County
7
## UNITED STATES DISTRICT COURT
8
## DISTRICT OF ARIZONA
9

10

11 PINKHAS and ISABELLA BRIK on behalf
   of IGOR BRIK, a protected adult;                No. CV09-1758 PHX DGC
   PINKHAS and ISABELLA BRIK, husband
12 and wife,                                        **NOTICE OF RESOLUTION**

13
                    Plaintiffs,
14
   v.
15
   MARICOPA COUNTY, a public entity;
16 BETTY ADAMS, in her official and
   individual capacity; JOSEPH M. ARPAIO,
17 in his official and individual capacity, and
   AVA ARPAIO, his wife; CITY OF
18 PHOENIX, a public entity; JACK F.
   HARRIS, in his official and individual
19 capacity, and CONNIE HARRIS, his wife;
   SHAWN HENRY, in his official and
20 individual capacity, and JANE DOE
   HENRY, his wife; CRAIG SCOTT, in his
21 official and individual capacity, and JANE
   DOE SCOTT, his wife; JOHN and JANE
22 DOE EMPLOYEES; JOHN and JANE DOE
   SUPERVISORS; JOHN DOES I-X and
23 JANE DOES I-X; BLACK
   CORPORATIONS I-X; WHITE ENTITIES
24 I-X,

25                  Defendants.

26

1  Defendant Maricopa County, through counsel undersigned, hereby notifies the Court that the parties herein have reached a settlement in this matter and are in the process of executing documentation effectuating the terms and conditions of the settlement.

Appropriate dismissal documents will be presented to the Court once the settlement has been fully effectuated.  In the interim, the Court is hereby requested to vacate any pending dates on the Court's calendar.

**RESPECTFULLY SUBMITTED** this 8th day of September, 2010.

**SANDERS & PARKS, P.C.**

By    /s/ Robin E. Burgess
      Robin E. Burgess
      1300 SCF Tower
      3030 North Third Street
      Phoenix, Arizona  85012-3099
      Attorneys for Maricopa County

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeremy S. Geigle, Esq.
Maria R. Brandon, Esq.
Charles Callahan, Esq.

A courtesy copy with a copy of the Notice of Electronic filing was also **mailed** to HONORABLE DAVID G. CAMPBELL on this same date at the following address:

HONORABLE DAVID G. CAMPBELL
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 West Washington Street, SPC 58
Phoenix, AZ  85003